UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-00870-KK-SPx** | Date: | April 13, 2026 |
| Title: | ***Marshall Lee Tietje et al. v. Select Portfolio Servicing, Inc et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order DISMISSING the Instant Action for Failure to Prosecute**

**I.**
**PROCEDURAL HISTORY**

On December 5, 2025, pro se plaintiffs Marshall Lee Tietje and Christin Wilson ("Plaintiffs") filed a Complaint against defendants Select Portfolio Servicing, Inc., Mr. Cooper/Nationstar Mortgage LLC, Western Express Lending, and Quality Loan Service Corporation ("Defendants") in San Bernardino County Superior Court.  ECF Docket No. ("Dkt.") 1-2.  The Complaint alleges an unlawful foreclosure and lists Plaintiffs' mailing address as "268 Leonard Ln, Sugarloaf, CA 92386," which is also the property in dispute.  Id. at 242, 248.

On February 25, 2026, after Defendants removed this matter to federal court, this Court issued an order warning Plaintiffs they must be familiar with all Local Rules within the district.  Dkt. 7.  Relevant here, Local Civil Rule 41-6 instructs:

> A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

On March 9, 16, and 30, 2026, this Court received notice that mail sent to Plaintiffs' address of record was returned as undeliverable. <u>See</u> Dkts. 10-11, 13-16, 20.  Hence, Plaintiffs have failed to notify the Court of their changes in address and the effective date of those changes, in violation of Local Rule 41-6.

Plaintiffs are therefore **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed as to Defendants for failure to prosecute based on Plaintiffs' failure to comply with the Local Rules of the Court.  Plaintiffs shall have **up to and including April 20, 2026** to respond to this Order.  Alternatively, Plaintiffs may respond to this Order by submitting a Notice of Change of Address advising the Court and opposing parties of his current address.  Plaintiffs shall mail the Notice of Change of Address to "Clerk, U.S. District Court, 3470 12th Street, Riverside, CA 92501."

**Plaintiffs are expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice as to Defendants for failure to prosecute and comply with Court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**